UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                                    CASE NO. 10-50779-LMK

JOHNI D. LIONS,

   Debtor.
_____/

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, INNOVATIONS FEDERAL CREDIT UNION hereby files its Notice of Appearance in the above-captioned case. The undersigned attorney for INNOVATIONS FEDERAL CREDIT UNION requests that all notices of the matters arising herein be duly served on him at the address hereinunder noted.

Dated this 2nd day of December, 2010.

/s/ D. TYLER VAN LEUVEN
JAMES E. SORENSON (FL Bar #0086525),
D. TYLER VAN LEUVEN (FL Bar #0178705),
MARY LINZEE VAN LEUVEN (FL Bar #0029766),
ELBA N. SERRANO-TORRES (FL Bar #004228) and
CONOR J. MCLAUGHLIN (FL Bar #84477) of
Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
Post Office Box 4128
Tallahassee, Florida 32315-4128
Telephone (850) 386-3300
Facsimile (850) 205-4755
*Attorneys for Creditor*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been furnished to Martin S. Lewis, Esquire, 1100 N. Palafox Street, Pensacola, FL 32501, Attorney for Debtor, (usual place of business), Johni D. Lions, 633 Live Oak Lane, Panama City Beach, FL 32408, Debtor, (usual place of abode), and Theresa M. Bender, P.O. Box 14557, Tallahassee, FL 32317, Trustee, (usual place of business), by electronic means or U.S. Mail on this 2nd day of December, 2010.

/s/ D. Tyler Van Leuven
Attorney